In the Matter of JOHN "Y"*, A Person Alleged to be a Juvenile Delinquent, Appellant.—

Herlihy, P. J., Staley, Jr., Cooke, Sweeney and Simons, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES IRVING BRIGGS, Appellant.—

Herlihy, P. J., Reynolds, Greenblott, Cooke and Simons, JJ., concur.